NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMAH NAVAJO SCHOOL BOARD, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Respondent-Appellee.*

---

2009-5016

---

Appeal from the United States Court of Federal Claims in 08-CV-019, Judge Lynn J. Bush.

---

## ON MOTION

---

## O R D E R

Ramah Navajo School Board, Inc. moves without opposition to continue the stay of the briefing schedule for 60 days due to settlement efforts.

IT IS ORDERED THAT:

The motion is granted to the extent that Ramah Navajo School Board, Inc.'s brief is due no later than 60 days from the date of filing of this order.

FOR THE COURT

**AUG 2 0 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Daniel H. MacMeekin, Esq.
    John S. Groat, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2010

JAN HORBALY
CLERK